No. 26706.

Court of Criminal Appeals of Texas.

Dec. 16, 1953

## OWEN v. STATE.

No. 26704.

Court of Criminal Appeals of Texas.

Dec. 16, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for felony theft; the punishment assessed is confinement in the state penitentiary for a term of two years.

The indictment and all other matters of procedure appear to be regular. The record is before this court without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is therefore affirmed.